IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN ANDREW HOLIFIELD,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION 07-0321-CG-C |
| **MOBILE COUNTY SHERIFF'S DEPT.** | : |
| **OF MOBILE COUNTY, ALA., et al.,** | : |
| **Defendants.** | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that plaintiff's federal claims be dismissed with prejudice as frivolous, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and that the state law claims be dismissed without prejudice because the Court declines to exercise its supplemental jurisdiction over the state law claims.  It is further **ORDERED** that this action be and is hereby **DISMISSED** in its entirety.

**DONE and ORDERED** this 29th day of May, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE