IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN ANDREW HOLIFIELD,** | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 07-0321-CG-C |
| **MOBILE COUNTY SHERIFF'S DEPT.** | : |
| **OF MOBILE COUNTY, ALA., et al.,** | : |
| Defendants. | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that plaintiff's federal claims be **DISMISSED WITH PREJUDICE** as frivolous, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and that the state law claims be **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise its supplemental jurisdiction over the state law claims. It is further **ORDERED** that this action be and is hereby **DISMISSED** in its entirety.

**DONE** this 29th day of May, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE